UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL A HANNON,
                        Plaintiff,

         -against-

ANDREW SAUL,
                        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

19 Civ. 9078 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Complaint in this matter was filed on September 30, 2019. It is hereby

**ORDERED** that Plaintiff shall, by **December 29, 2019**, file an affidavit of service of the Complaint.

Dated: November 12, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**