UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. HANNON,

        Plaintiff,

against

ANDREW SAUL,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 9078 (LGS) (SLC)

**ORDER FOR RECORD**

**SARAH L. CAVE,** United States Magistrate Judge.

The complaint is this matter was served on October 8, 2019 (ECF No. 8). Per the Standing Order at ECF No. 5, the administrative record in this matter was due Monday, January 6, 2020, 90 days after service.

As no record has yet been filed, the Defendant is ORDERED to file the administrative record by no later than **January 15, 2020**.

Dated:     New York, New York
              January 8, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**